UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-8247-CAS(ASx) | Date | May 22, 2014 |
|---|---|---|---|
| Title | C&A INTERNATIONAL, LLC V. SOUTH BAY DISTRIBUTION, LLC; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 6, 2014** why this action should not be dismissed for lack of prosecution **as to defendant SOUTH BAY DISTRIBUTION AKA SOUTH BAY DISTRIBUTION/ LOGISTICS AKA LOGISTICS TEAM, INC., only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   An answer by **defendant SOUTH BAY DISTRIBUTION AKA SOUTH BAY DISTRIBUTION/ LOGISTICS AKA LOGISTICS TEAM, INC.,** or plaintiff's request for entry of default on this defendant, simultaneously filing a proof of summons and complaint on this defendant

2)
on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | CMJ |